# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5304**                                    **September Term, 2023**

**1:21-cv-00465-BAH**

**Filed On: May 28, 2024** [2056414]

Jason Leopold,

      Appellant

    v.

J. Thomas Manger, Chief, United States
Capitol Police and Ronald Gregory, Acting
Inspector General of the United States
Capitol Police,

      Appellees

### O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

                     **FOR THE COURT:**
                     Mark J. Langer, Clerk

          BY:    /s/
                   Daniel J. Reidy
                   Deputy Clerk