UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JASON LEOPOLD,<br><br>  PLAINTIFF-APPELLANT<br>vs.<br><br>J. THOMAS MANGER, *et al.*,<br><br>  DEFENDANTS-APPELLEES | Case No. 22-5304 |

## STATEMENT REGARDING ISSUES ON APPEAL

The issue on appeal is whether the district court possessed subject matter over Plaintiff-Appellant's lawsuit claiming that the Defendants-Appellees had a statutory and common law duty to release the requested records.

Respectfully Submitted,

  /s/ Jeffrey Light_____

Jeffrey L. Light
D.C. Bar #485360
1629 K St., NW
Suite 300
Washington, DC 20006
(202)277-6213
Jeffrey@LawOfficeOfJeffreyLight.com
*Counsel for Plaintiff-Appellant*

1